JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| DALE BYRD, an Individual, | Case No.: CV10-02579 AG (MLGx) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| GMAC MORTGAGE, LLC, its assignees and/or successors in interest, a Limited Liability Company; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., at all relevant times a "Suspended" corporate entity; PEOPLE'S CHOICE HOME LOAN, INC., a Corporate Entity; ELRE HOLDINGS, LLC., a Limited Liability Company; and EXECUTIVE TRUSTEE SERVICES, LLC, a Limited Liability Company; JERRY GAYTON, an individual; and MARIE GAYTON, an individual; and DOES 1-10, Inclusive, | Complaint filed:   April 8, 2010 |
| Defendant(s). | |

1  This matter came on for hearing before this Court on March 28, 2011, on the
2  Motion to Dismiss Plaintiff's Second Amended Complaint filed by defendants
3  GMAC Mortgage, LLC, Mortgage Electronic Registration Systems, Inc., and
4  Executive Trustee Services, LLC.  After consideration of the motion, and following
5  this Court's issuance of an Order granting defendants' Motion to Dismiss,
6     IT IS ORDERED AND ADJUDGED that judgment be entered in favor of
7  defendants GMAC Mortgage, LLC, Mortgage Electronic Registration Systems,
8  Inc., and Executive Trustee Services, LLC, People's Choice Home Loan, Inc.,
9  ELRE Holding, LLC, Jerry Gayton, and Marie Gayton.
10    The Notice of Pendency of Action filed in this action on July 21, 2010 and
11 recorded on July 14, 2010 as Instrument Number 20100963358 in the Official
12 Records of the Recorder's Office, County of Los Angeles, California is hereby
13 expunged.
14    Defendants shall recover their costs of suit from plaintiff Dale Byrd.
15    IT IS SO ORDERED.

Dated: 4/4/11

United States District Court Judge
Andrew J. Guilford